stock. The defendant by his answer denied the allegations of the complaint and alleged a tender of performance on his part of the contract alleged in the complaint and a refusal on the part of the plaintiff to perform the same.

*Selden Bacon* and *Theodore F. Van Dorn* for appellant.
*Harvey D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

CHARLES M. LANE, Respondent, *v.* ALBERT W. JACOBS, Appellant.

*Real property — title — boundaries — trespass — action to restrain trespass on land — establishment of boundary line.*

Lane v. Jacobs, 199 App. Div. 905, affirmed.
(Argued December 6, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 2, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was to enjoin an alleged trespass. The judgment established the line between the adjoining lots of plaintiff and defendant on Arnold park in the city of Rochester, and restrained and enjoined the defendant from interfering in any way with the land of the plaintiff south of the line, or trespassing thereon, or attempting to build any fence or other obstruction thereon.

*Clarence W. McKay* for appellant.
*James M. E. O'Grady* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.